```
                                               U.S. DISTRICT COURT
                                                 DISTRICT OF N.H.
                                                      FILED
```

UNITED STATES DISTRICT COURT FOR THE 2005 JUL 26 P 1: 16
DISTRICT OF NEW HAMPSHIRE

Darren Starr

     v.                                              Civil No. 05-fp-264

Cpl. Dube, et al.


**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $11.40 is due no later than August 26, 2005. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $250.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned number 05-cv-264-PB.

**SO ORDERED.**

                                              James R. Muirhead
                                              United States Magistrate Judge

Date: July 26, 2005

cc:    Darren Starr, *pro se*
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts