UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Starr</u>

    v.        Case No. 05-cv-264-PB

<u>Dube, et al.</u>

O R D E R

I hereby recuse myself from presiding over this case and direct the Clerk to reassign the case to another judge.

SO ORDERED.

April 24, 2007          /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge

cc: Counsel of Record