U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2007 AUG 24 P 12: 47

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Darren Starr

       v.                                      Case No. 05-cv-264-SM

Corporal Dube, et al.

### ORDER

As this case was recently reassigned to me and there are motions pending, trial in this matter will be continued to February, 2008, while the court considers the dispositive motions.

SO ORDERED.

August 24, 2007

                                                        Steven J. McAuliffe
                                                        Chief Judge

cc:    Darren Starr, pro se
       Glenn Perlow, Esq.